IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00734–MSK–KMT

BARBARA L. MARSHALL,

    Plaintiff,

v.

NESTLE USA, INC., a/k/a NESTLE PURINA PETCARE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Unopposed Motion to Vacate and Reset Settlement Conference" (#20, filed August 14, 2009) is GRANTED. The Settlement Conference currently set for September 25, 2009 is VACATED. The parties shall place a conference call to chambers no later than 5:00 p.m. on August 25, 2009 in order to reschedule the settlement conference.

Dated: August 18, 2009