IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00734–MSK–KMT

BARBARA L. MARSHALL,

      Plaintiff,

v.

NESTLE USA, INC., a/k/a NESTLE PURINA PETCARE,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion for Entry of Stipulated Protective Order" (#25, filed October 22, 2009) is
DENIED and the proposed Protective Order is REFUSED.

The proposed Protective Order does not comply with the requirements established in *Gillard v.
Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000). *Gillard* set out certain
requirements for the issuance of a blanket protective order such as the one sought here. Among
other things, any information designated by a party as confidential must first be reviewed by a
lawyer who will certify that the designation as confidential is "based on a good faith belief that
[the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P.
26(c)(7). *Gillard*, 196 F.R.D. at 386.

The parties are granted leave to submit a motion for protective order and revised form of
protective order consistent with the comments contained here.

Dated: October 23, 2009